

# Fourth Court of Appeals
## San Antonio, Texas

April 5, 2018

No. 04-16-00806-CR

Roger **SALDANA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Frio County, Texas
Trial Court No. 15-08-00031-CRF
Honorable Russell Wilson, Judge Presiding

# O R D E R

On December 29, 2017, this court ordered the parties to file written responses to concerns raised in that order regarding appellant's motions to supplement the appellate record. After receiving the responses, the court ordered the motions would be carried with the appeal and resolved by the submission panel. On April 4, 2018, the State filed a motion seeking to withdraw its response to our prior order and opposing the requested supplementation. The State's motion will be CARRIED WITH THE APPEAL and resolved by the submission panel.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of April, 2018.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court